IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TIMOTHY ANDERSON and** | ) |
| **AMANDA ANDERSON,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )   **CIVIL ACTION NO 08-0640-KD-M** |
| | ) |
| **BAYSIDE RECOVERY SERVICES, INC.,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Based upon the plaintiffs' acceptance of defendant's offer of judgment (doc. 11),

**JUDGMENT** is hereby entered in favor of plaintiffs Timothy Anderson and Amanda Anderson in the amount of $1,050.00 with costs now accrued, pursuant to Fed.R.Civ.P. 68.

The court retains jurisdiction for the purpose of determining, upon motion of either party, a reasonable attorney's fee.

**DONE** and **ORDERED** this 6th day of April, 2009.

 s/ Kristi K. DuBose
 **KRISTI K. DuBOSE**
 **UNITED STATES DISTRICT JUDGE**